JAYE DAY, PLAINTIFF v. TIMOTHY A. NORDGREN, EXECUTOR OF THE ESTATE OF EDMUND A. RASMUSSEN, DEFENDANT

No. COA05-1317

(Filed 6 June 2006)

Appeal by plaintiff from an order entered 13 June 2005 by Judge James C. Spencer, Jr., in Wake County Superior Court. Heard in the Court of Appeals 20 April 2006.

*Randolph M. James, P.C., by Randolph M. James, for plaintiff appellant.*

*Brady, Nordgren, Morton & Malone, PLLC, by Travis K. Morton, for defendant appellee.*

McCULLOUGH, Judge.

Plaintiff Day filed a companion case in Wake County Superior Court and has appealed therefrom in which the facts and legal issues are identical, with the only difference being the named defendants. Therefore, the decision of *Day v. Rasmussen,* 177 N.C. App. ——, —— S.E.2d —— (filed 6 June 2006), is controlling in the instant case, and we therefore

Affirm.

Judges CALABRIA and STEELMAN concur.